AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LARRY MORRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>DELTA AIRLINES, INC., AMERICAN AIRLINES, INC., SOUTHWEST AIRLINES CO. and UNITED AIRLINES, INC.,<br><br>*Defendant(s)* | Civil Action No. 15-cv-4745 DLI-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Delta Airlines, Inc.
C/O Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

Please see 'Attachment A' for additional Defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey S. Abraham,
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 8/13/2015



s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

## ATTACHMENT A

American Airlines, Inc.
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Southwest Airlines Co.
C/O Corporation Service Company
2711 Centerville Rd. Suite 400
Wilmington, DE 19808

United Airlines, Inc.
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801