United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__15___ CV _4745_____

indicated that this case is related to the following case(s):

___15-cv-3908___

_____15-cv-3937_____

_____