**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

LARRY MORRISON, Individually and on Behalf of All Others Similarly Situated,

   *Plaintiff*,

  v.

DELTA AIRLINES, INC., AMERICAN AIRLINES, INC., SOUTHWEST AIRLINES CO., and UNITED AIRLINES, INC.,

   *Defendants*.

-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

No. 1:15-cv-04745-BMC

  **PLEASE TAKE NOTICE** that Alden L. Atkins, an attorney with the law firm of Vinson & Elkins LLP, duly admitted to practice in this Court, hereby appears as counsel for Southwest Airlines Co. in this action and requests that all subsequent papers be served at the address indicated below.

Dated:  August 17, 2015

            Respectfully submitted,

            **VINSON & ELKINS LLP**

             /s/  Alden L. Atkins
            Alden L. Atkins
            2200 Pennsylvania Avenue, N.W.
            Suite 500 West
            Washington, D.C.  20037-1701
            Telephone:  202.639.6613
            Facsimile:  202.879.8813
            aatkins@velaw.com

            *Attorney for Southwest Airlines Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2015, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record.

                                        /s/  Alden L. Atkins
                                        Alden L. Atkins